UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAR -7 PM 2:09
CLERK TRB
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| CODY TRUITT DEVORE | ) Prohibited person |
| | ) |
| | ) 21 U.S.C. § 844(a) |
| | ) Possession of a Controlled |
| | ) Substance (Methamphetamine) |

CR119-0028

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 23, 2018, in Columbia County, within the Southern District of Georgia, the defendant,

**CODY TRUITT DEVORE,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus .38 special revolver, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 844(a)

On or about November 23, 2018, in Columbia County, within the Southern District of Georgia, the defendant,

**CODY TRUITT DEVORE,**

did knowingly and intentionally possess a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **CODY TRUITT DEVORE,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) any firearm and ammunition involved in that offense, including, but limited to an Taurus .38 special revolver, S/N ZJ89841.

*(signatures follow on the next page)*

A True Bill.

_____
[Foreperson signature]

_____
Bobby L. Christine
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel