AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>Cody Truitt Devore<br>*Defendant* | )<br>)<br>) Case No. 1:19cr028<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/24/2022

*Defendant's signature*

*Signature of defendant's attorney*

Jeffrey E. Johnston
*Printed name and bar number of defendant's attorney*

601 N. Belair Sq., Ste 10, Evans, GA 30909
*Address of defendant's attorney*

jeff@jeffreyjohnstonlaw.com
*E-mail address of defendant's attorney*

706-8698171
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*